THOMPSON *v.* DIMOND and others.

---

Where, under a decree for foreclosure and sale, a purchaser refuses to perfect his purchase, and the complainant does not press him, the master should sell the property over again, and not let the complainant take it at the purchaser's bid and receive a deed.

---

IN this case (of foreclosure) a motion was made for a resale. There were peculiar circumstances, but the purchaser had

declined to take the title, and had requested the master to transfer his bid to the complainant, who agreed to take his place. The master, as a matter of course, accepted the latter as the purchaser; and executed a conveyance to him. One of the points raised by the defendants was, that this course was not correct; and THE VICE-CHANCELLOR considered the proper course to be, where the last bidder refused to take, and is not compelled to perfect his purchase, for the master to sell the property over again, and not allow the complainant to take the property at the former bid.

Mr. *Peter De Witt,* for the complainant.

Mr. *Warner* and Mr. *Burrill,* for the defendants.